BERNARD B. SMITH, Suing on His Own Behalf, and on Behalf and for the Benefit of All Other Depositors of THE HARRIMAN NATIONAL BANK AND TRUST COMPANY OF THE CITY OF NEW YORK Who May Be Similarly Situated, Appellant, v. GEORGE W. DAVISON, President of the New York Clearing House Association, and Others, Respondents.— Orders affirmed, with twenty dollars costs and disbursements to the respondents, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Untermyer, JJ.

MARY ILIC, Appellant, v. BAR REALTY CORPORATION, Respondent. JOHN ILIC, Appellant, v. BAR REALTY CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD GARFIELD, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Untermyer, JJ.

CAROLINE A. TAYLOR, Appellant, v. RALPH L. THOMAS and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, Administrator of the Estate of ELSA SCHAFFER, Deceased. CLARA BAYER and Others, Appellants; JAMES F. EGAN, Public Administrator, Respondent; LUDWIG LOSCH and Others, Objectants, Respondents.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Untermyer, JJ.

LOUIS LAPIDES, Appellant, v. ROSE LAPIDES, Respondent.— Judgment so far as appealed from modified so as to provide that the award of alimony shall be for the support and maintenance of the defendant, and the issue of the marriage during minority, and as so modified affirmed, with costs to the respondent. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Untermyer, JJ.

J. JEROME NATHAN, Respondent, v. CHARLES S. HIRSCH and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

RUTH C. HINCK, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FRANK P. JONES, Respondent, v. BALTIMORE INSULAR LINE, INC., Appellant, Impleaded with Another.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Finch, P. J., and Townley, J., dissent and vote to reverse and grant a new trial.